**STATE of Missouri, Respondent,**

v.

**Clarence L. MILLER, Appellant.**

**No. WD 69949.**

Missouri Court of Appeals,
Western District.

Sept. 15, 2009.

Rosalynn Koch, Columbia, MO, for appellant.

Richard A. Starnes, Jefferson City, MO, for respondent.

Before THOMAS H. NEWTON, C.J., P.J., JAMES M. SMART, JR., and MARK D. PFEIFFER, JJ.

### Order

PER CURIAM:

Clarence Miller appeals his conviction for driving while intoxicated, section 577.010, and driving while revoked, section 302.321.

The judgment is affirmed pursuant to Rule 30.25(b).